■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MAXWELL, Appellant. [807 NYS2d 896]—Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered April 29, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Gorski, Green and Hayes, JJ.